**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Franklin Troy CAPLETTE,
Defendant-Appellant.**

No. 05-30414.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 21, 2006.*

Filed Aug. 28, 2006.

Lori Harper Suek, Esq., USBI-Office of the U.S. Attorney, Billings, MT, for Plaintiff-Appellee.

Evangelo Arvanetes, Esq., Federal Defenders of Montana, Great Falls, MT, for Defendant-Appellant.

Before: GOODWIN, REINHARDT, and BEA, Circuit Judges.

MEMORANDUM **

Franklin Troy Caplette appeals from the sentence imposed upon revocation of his supervised release. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm. Because Caplette failed to object to his sentence, we review for plain error. *See United States v. Garcia,* 323 F.3d 1161, 1165 (9th Cir.2003).

Caplette contends that the district court erred by imposing a sentence outside the recommended Guidelines range. We disagree.

A review of the record indicates that the sentencing judge properly considered the sentencing factors listed in 18 U.S.C. § 3553(a) before imposing Caplette's sentence. *See United States v. George,* 184 F.3d 1119, 1120-21 (9th Cir.1999). We conclude that Caplette's sentence is not unreasonable. *See United States v. Plouffe,* 445 F.3d 1126, 1131 (9th Cir.2006).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

